OUTSIDE THE BOX INNOVATIONS,
LLC (doing business as Union Rich
USA), Plaintiff–Appellee,

and

Bonaka Limited, Bonaka Plastic Manu-
facturing Co., LTD., and Union Rich
Plastic Factory, LTD., Counterclaim
Defendants–Appellees,

and

Christopher Ure, Matt Williams, Terry
Kinskey, and Lynn Martineau,
Counterclaim Defendants,

v.

TRAVEL CADDY, INC.,
Defendant/Counterclaimant–Appellant.

and

Rooster Products (doing business as
The Rooster Group), Defen-
dant/Counterclaimant.

Outside The Box Innovations, LLC
(doing business as Union Rich
USA), Plaintiff–Appellant,

and

Bonaka Limited, Bonaka Plastic Manu-
facturing Co., LTD., and Union Rich
Plastic Factory, LTD., Counterclaim
Defendants,

and

Christopher Ure, Matt Williams, Terry
Kinskey, and Lynn Martineau,
Counterclaim Defendants,

v.

Travel Caddy, Inc., Defendant–Appellee,

and

Rooster Products (doing business as
The Rooster Group), Defendant.

Nos. 2009–1171, 2009–1558.

United States Court of Appeals,
Federal Circuit.

March 8, 2011.

ON MOTION

ORDER

Outside the Box Innovations, LLC
moves without opposition to dismiss its
appeal, 2009–1558. Travel Caddy, Inc.
moves without opposition for an extension
of time, until March 24, 2011, to file its
reply brief in 2009–1171.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2009–1558 is
granted. Each side shall bear its own
costs in 2009–1558.

(2) The revised official caption for 2009–1171 is reflected above.

(3) Travel Caddy's motion for an extension of time is granted.